UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIE STRONG,

                            Petitioner,

    vs.                                                      9:07-CV-0878
                                                                (NAM/GHL)

JAMES A. MANCE,

                            Respondent.
_____

APPEARANCES:                                     OF COUNSEL:

Willie Strong
Petitioner, *pro se*

Hon. Andrew M. Cuomo                    Thomas B. Litsky, Esq.
Office of the Attorney General              Assistant Attorney General
State of New York
Counsel for Respondent
120 Broadway
New York, New York 10271
Attorney for Respondent

**Norman A. Mordue, Chief U. S. District Judge**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 2nd day of April 2010.  Following fourteen days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED that:

     1. The Report-Recommendation is hereby adopted in its entirety.

2. The petition for a writ of habeas corpus is Denied and the petition is Dismissed. The Clerk shall enter judgment accordingly.

3. A Certificate of Appealability shall not be issued by this Court.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: April 22, 2010
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge